13CV552

Nov 7, 2013

# IN THE UNITED STATES' DISTRICT COURT MIDDLE DISTRICT

FILED NOV 13 2013 IN THIS OFFICE Clerk U.S. District Court Greensboro, NC

ROGER LEE DEAL
    Plaintiff

V.

SARGENT O'NEILL
    Defendants

Motion for Lien

Now come the plaintiff to put a Lien on the defendants D.O.C and Sargent O'neill

Sincerely
#0704751 Roger Lee Deal Sr