Nov. 7, 2013

Middle District
Clerk's Office U.S. District Court
Greensboro, N.C. 27402



Dear Clerk:

Please inform the Judge that the Officer here are really mad scent I won my case against Sargent O'Neill now when I get around them they say "What's Wrong, you scare" and I ask captian coventon what about the Inmate yall kill the othe day, "And all he said was " am I my brother Keeper" They getting away with murder around here.

I was seen by the F.B.I a Gene Vencent and told them how they try to kill me, so I Just want you to Know, if I die you know they done it

Sincerely
#0704751  Roger Lee Deal Sr
Scotland C.I.
P.O. Box 1808
Laurinburg, N.C
28353