IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ROGER LEE DEAL, SR., )
)
      Plaintiff, )
)
v. ) 1:13CV552
)
SARGENT O'NEILL, et al., )
)
      Defendant(s). )

ORDER

This matter is before the Court on Plaintiff's Motion for Lien [Doc. #7]. However, Plaintiff does not set out any basis for imposition of any type of lien in this case, and the Court further notes that a Recommendation [Doc. #5] has been entered that this action be dismissed. Therefore, Plaintiff's Motion is denied.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Lien [Doc. #7] is DENIED.

This, the 26th day of November, 2013.

                                                      /s/ Joi Elizabeth Peake
                                                   United States Magistrate Judge