Dear Clerk of Court                                    Nov. 27, 2013

FILED DEC 04 2013 IN THIS OFFICE Clerk U.S. District Court Greensboro, NC By___

Plaintiff is in danger of injury or death and several Officer have said "We try to kill you, you Just want die" Marrison at Central Prison, plaintiff wrote the F.B.I. and did inform agent Gene Vencent here at Scotland Also Officer O'Neill try to injury me and Oxindin did in fact cuff plaintiff and slam him down and busted his chin and had to have stiches and the Officer Witchard said "It aint over yet

#0704751

Sincerely
Roger Lee Deal Sr
Scotland Correctional
P.O. Box 1808
Laurinburg, N.C.
28353