Dec 4, 2013

IN THE UNITED STATES DISTRICT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Roger Lee Deal, SR
        Plaintiff

                                        Case No: 1:13CV552

V.                                      MOTION FOR DISOVERY

SARGENT O'NEILL, et al

FILED DEC 09 2013 IN THIS OFFICE Clerk U.S. District Court Greensboro, NC

    Now comes the plaintiff (Roger Lee Deal Sr) to request discovery for the video tape of the hall way from Blue unit to segregation on the 06/10/13 at approx 11:40. and the video tape of the plaintiff that the segregation Sargent took of the plaintiff were he was slam on the floor so hard by the Officer Oxindin were plaintiffs chin was busted open and blood all over, to the point that he was took to PA White to have pain shot and stiches.

    Also plaintiff would like copys on all the grivence that have been wrote on Sargent O'Neill for the whole year of 2013.

Sincerely
Roger Lee Deal Sr

#0704751

Case 1:13-cv-00552-CCE-JEP   Document 13   Filed 12/09/13   Page 1 of 1