Dec 9, 2013

IN THE United States District Court
For The Middle District of North Carolina

Roger Deal Sr
    Plaintiff

1:13 cv-00552

FILED
DEC 13 2013
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, NC
By ___

Sargent O'Neill et al
    Defendats

Plaintiff under Federal Rules Procedure (65a) an Injunction for plaintiff to have x-rays of his back and to be sent back to the Neuro-Surgen Dr Price Jr. and that the defendants violated plaintiffs 8th Amendment rights, that he is most likely suffer more harm and that plaintiff can show personally harm and endangerment.

    That Plaintiff has endure lost of use of his right foot which has a foot drop, and now shakes all the time due to so many assaults, and need an injunction for his own safety from defendants and inmates that threating him daily

\# 0704751

Sincerely
Roger Lee Deal Sr

Case 1:13-cv-00552-CCE-JEP    Document 16    Filed 12/13/13    Page 1 of 1