Dec. 12, 2013

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Roger Lee Deal Sr
   Plaintiff

Case No. 1:13-cv-00552

V

Sargent O'Neill et al
   Defendants


FILED
DEC 16 2013
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, NC
By ___

Now comes the plaintiff to request the Judge to file an answer to his complaint and Summary Judgment.

                         Sincerely
#0704751        Roger Lee Deal Sr
                        Scotland C.I.
                        P.O. Box 1808
                        Laurinburg, N.C.
                             28353