Nov. 28, 2013

In the United States District Court
For the MIDDLE DISTRICT OF NORTH CAROLINA

Roger Lee Deal, Sr. et al
    Plaintiff

Case No. 1:13CV552

v.

SARGENT O'NEILL et al


FILED
JAN 07 2014
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, NC
By ___

## DECLARATION FOR ENTRY OF DEFAULT

Roger Lee Deal, hereby declares, I am the plaintiff herein. The complaint herein was filled on the 10 day of June, 2013.

The court files and record herein show that the Defendant's were served by the United States with a copy of summons, and copy of plaintiff's complaint. For the date served the _____ day of _____ 2013

More than 20 days have elapsed since the date on which the Defendant's herein were served with summons, and a copy of Plaintiff complaint excluding date thereof.

The Defendants have failed to answer or otherwise defend as to Plaintiffs complaint, or serve a copy of any answer or any defense which it might have had, upon affiant or any other plaintiff herein.

Defendats are not in the military service and are not infants or incompetents

I declare under penalty of perjury that foregoing, is true and correct. Executed at Scotland, North Carolina on Nov. 28, 2013

*Roger Lee Deal Sr*

Scotland Correctional Inst
P.O. Box 1808
Laurinburg, N.C. 28353