Feb. 16, 2014

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:13-CV-552

ROGER LEE DEAL Sr et al

Plaintiffs

CASE NO. 1:13-CV-552

V.

SERGEANT O'NEAL et al
OFFICER OXINDINE

DECLARATION FOR ENTRY OF DEFAULT

Now comes Roger Lee Deal Sr., hereby declares, I am the plaintiff herein. The complaint herein was filled on the July day of 10th of 2013. The court files and record herein show that the Defendants were served by the Plaintiff United States Mail with a copy of summons, and copy of plaintiffs complaint for the date severd the December day of 12th 2013 by mail.

More than 21 days have elapsed since the date on which the Defendant herein were served with summons, and a copy of Plaintiffs complaint excluding date thereof.

This date Feb 16th 2014        Roger Lee Deal Sr.

Plaintiff