STATE OF NORTH CAROLINA )
) AFFIDAVIT
COUNTY OF Scotland )

**FILED MAR 19 2014**

I, Junior Rentario Mejia, being competent to testify, having first-hand knowledge of the facts stated below, and being duly sworn, depose and say:

Officer Narcission on 3/15/2014 about 10:30 Am came into the block a stated that they were going to beat my ass and then kill me and my family. This is O'Neill shift and he is the one who when I was at the medication window and try to get my medication and was told they run out and then I told them or her that you mean you run out of my medication as sick as I am, then Sergeant O'Neill said "put your hands behind your back" I then told him "I have not did any thing" he then took me down the hallway and turn the hand cuffs to cause more pain and when I told them I was in pain they slam me up against the wall, then as they were going down the hallway against I trip and fell because I have a foot drop in my right leg so when I fell they told me to get up, and then I told them I can't get up they then slam me down on the concreat floor and busted my chin open, so bad I then had to go to Dr. White to get my chin sewu up. There was also a Narcison at Center Prison who told me We try to kill you, You just want die

There are 0 additional pages attached and made a part of this, my affidavit. (Sign at the bottom of each page.)

Signature: Junior Renta
Address: Scotland Correctional
P.O. Box 1808 Laurinburg
N.C. 28353

Sworn and subscribed before me this ___ day of _____, 20 ___.

_____
Notary Public

My commission expires: _____