STATE OF NORTH CAROLINA )
                        )  AFFIDAVIT
COUNTY OF Scotland      )

I, Jose Lopez PeSina, being competent to testify, having first-hand knowledge of the facts stated below, and being duly sworn, depose and say:

Officer Marrison on 3/15/2014 about 10:30 AM came into the A block blue unit and stated that they me they were going to turn me lose and beat my ass, they also have try to kill me and rape my Family. This is O'Neill and there Officer Witcher who said it was not over yet and they try to kill me the whole time I been in Prison and even stated We try to kill you, you Just want die. O'Nell when I was at the Medication window going threw sever withdraws from coming off Methadon "Cold Turky" as was very sick and when I try to get my medication I was told by the nurse at the Window that they were out and I told them you mean you are out of my medication for withdraws and being sick that is when Officer O'Neill said put your hands behind your back I told him I have not did anything so he got me down the Hall and he turn the cuffs so they would cause more pain and then when I said something, they slam me agains the wall and then they took me down the hallway I trip because of my foot drop in my right they then said get up and when I told them I can't get up they them slam me down on the concreat floor so bad they busted my chin open and I had to go to see Dr White for stiches

There are 0 additional pages attached and made a part of this, my affidavit. (Sign at the bottom of each page.)

Signature  Jose Lopez PeSina
Address    Scotland Correction
           P.O. Box 1808
           Laurinburg, N.C. 28353

Sworn and subscribed before me this
___ day of _____, 20___.

_____
Notary Public

My commission expires: _____