IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ROGER LEE DEAL, SR., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | 1:13-CV-552 |
| SARGENT O'NEILL, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on a paper writing filed by the plaintiff in the form of a letter asking the Clerk to "inform the Judge that I would like to add to or amend my complaint." (Doc. 26.) The Court will treat the letter as a motion to amend.

Because the case has already been dismissed (Doc. 25) and because the letter is insufficient to state a claim against any state actor and fails to resolve the problems identified by the Magistrate Judge, the motion will be denied.

It is **ORDERED** that the Motion to Amend (Doc. 26) is **DENIED**.

This the 30th day of April, 2014.

_____
UNITED STATES DISTRICT JUDGE